## Case Information

DC-19-16614 | KAREN STEPHENS-BUTLER vs. SAM'S EAST, INC

Case Number
DC-19-16614

Court
44th District Court

Judicial Officer
GOLDSTEIN, BONNIE LEE

File Date
10/14/2019

Case Type
OTHER PERSONAL INJURY

Case Status
OPEN

## Party

PLAINTIFF
STEPHENS-BUTLER, KAREN

Address
4144 N. CENTRAL EXPRESSWAY
SUITE 1000
DALLAS TX 75204

Active Attorneys ▼
Lead Attorney
KASTL, KRISTINA N.
Retained

DEFENDANT
SAM'S EAST, INC



Active Attorneys ▼
Lead Attorney
MARTINEZ, RAMONA

Aliases Retained
 *DBA* SAM' CLUB #6482
Address
BY SERVING ITS REGISTERED AGENT, CT
CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS TX 75201-3136

## Events and Hearings

10/14/2019 NEW CASE FILED (OCA) - CIVIL

10/14/2019 ORIGINAL PETITION ▼

ORIGINAL PETITION

10/14/2019 JURY DEMAND ▼

DESK JURY

10/14/2019 ISSUE CITATION ▼

ISSUE CITATION

10/15/2019 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
10/17/2019

Comment
SAM S EAST, INC

10/17/2019 RETURN OF SERVICE ▼

EXECUTED CITATON - SAM'S EAST INC.

   Comment
   EXECUTED CITATON - SAM'S EAST INC.

10/27/2019 NOTE - ADMINISTRATOR ▼

   Comment
   ANSWER DUE 11/11/19

11/07/2019 ORIGINAL ANSWER - GENERAL DENIAL ▼

DEFT-ORIGINAL ANSWER

## Financial

STEPHENS-BUTLER, KAREN
   Total Financial Assessment        $340.00
   Total Payments and Credits        $340.00

| Date | Description | Receipt | Party | Amount |
|---|---|---|---|---|
| 10/14/2019 | Transaction Assessment | | | $340.00 |
| 10/14/2019 | CREDIT CARD - TEXFILE (DC) | Receipt # 70647-2019-DCLK | STEPHENS-BUTLER, KAREN | ($340.00) |

## Documents

ORIGINAL PETITION

DESK JURY

ISSUE CITATION

EXECUTED CITATON - SAM'S EAST INC.

DEFT-ORIGINAL ANSWER