IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KAREN STEPHENS-BUTLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:19-cv-02732-M |
| | § | |
| SAM'S EAST, INC., | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED, and DECREED that:

1. This case is **DISMISSED with prejudice**.

2. The taxable costs of court, as calculated by the Clerk of Court, are assessed against the Plaintiff.

3. The Clerk of Court is directed to transmit a true copy of this Judgment to the parties.

**SO ORDERED**.

July 29, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE